# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                    ltrust@osbornlawpc.com

May 12, 2026

> The request is GRANTED and the briefing
> schedule is ADOPTED.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> May 13, 2026

**VIA ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    *Wardell v. Commissioner of Social Security*
>          Civil Action No. 1:25-cv-10232-JW

Dear Judge Willis,

We write on behalf of plaintiff, Anthony Wardell, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on May 21, 2026 per the Court's February 17, 2026 Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a.  Defendant served the Administrative Transcript via hard copy on **February 2, 2025,** and filed same on **April 21, 2026**;

b.  Plaintiff served the written settlement proposal on **April 7, 2026**;

c.  The parties filed a joint letter advising the Court that they were unable to resolve the case on **April 21, 2026**;

d.  Plaintiff to file his motion for judgment on the pleadings on or before **August 19, 2026**;

---

43 West 43rd Street, Suite 131            Telephone 212-725-9800            osbornlawpc.com
New York, New York 10036                 Facsimile  212-500-5115           info@osbornlawpc.com

Honorable Jennifer E. Willis
May 12, 2026
Page Two

    e.   Defendant to file its response/cross-motion on or before **November 17, 2026**; and

    f.   Plaintiff to file his reply (if any) on or before **December 1, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com

cc: Padma Ghatage, Esq. (by ECF)