Request GRANTED. The amended schedule proposed by Parties is adopted in full. Plaintiff's motion is due **September 18, 2026.** Defendant's response / cross-motion is due **December 17, 2026.** Plaintiff's reply is due **December 31, 2026.** SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
August 12, 2026


# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.


August 10, 2026

**<u>VIA ECF</u>**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Wardell v. Commissioner of Social Security*
Civil Action No. 1:25-cv-10232-JW

Dear Judge Willis,

We write on behalf of plaintiff, Anthony Wardell, and with the consent of the defendant, to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on August 19, 2026 per the Court's May 13, 2026 Order Granting Extension of time. This is the parties' second request for an extension. The reason for this request is that the undersigned requires additional time due to having overlapping deadlines.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Defendant served the Administrative Transcript via hard copy on **February 2, 2025,** and filed same on **April 21, 2026**;

b. Plaintiff served the written settlement proposal on **April 7, 2026**;

c. The parties filed a joint letter advising the Court that they were unable to resolve the case on **April 21, 2026**;

d. Plaintiff to file his motion for judgment on the pleadings on or before **September 18, 2026**;

43 West 43rd Street, Suite 131
New York, New York 10036

Telephone 212-725-9800
Facsimile 212-500-5115

osbornlawpc.com
info@osbornlawpc.com

e. Defendant to file its response/cross-motion on or before **December 17, 2026**; and

f. Plaintiff to file his reply (if any) on or before **December 31, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Padma Ghatage, Esq. (by ECF)